IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRACI and BRIAN D., as parents of and on
behalf of their minor child, C.D.,

        Plaintiffs,

v.

MARSHALL JOINT SCHOOL DISTRICT No. 2,

        Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 08-cv-189-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the judgment entered on May 14, 2009 is VACATED and judgment is entered in favor of defendant Marshall Joint School District No. 2 dismissing this case.

_____
Peter Oppeneer, Clerk of Court

10/22/10
_____
Date